PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
ZACHARY T. WOODFORD

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARY T. WOODFORD,

    Plaintiff,

v.

SAV-ON GASOLINE; ABBAS ALI NAZEMI dba SAV-ON GASOLINE; AND DOES 1-10, INCLUSIVE,

    Defendants.

_____/

CASE NO. 09-00443 PVT
Civil Rights

**STIPULATION AND [**xxxxxxxxxxxxx**] ORDER CONTINUING DATE FOR FILING OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES, LITIGATION EXPENSES AND COSTS**

## STIPULATION

A Consent Decree specifying injunctive relief and payment of damages has previously been filed with the Court. Plaintiff Zachary Woodford and all defendants in the above-captioned action stipulate that the February 25, 2010 deadline previously specified for plaintiff's motion for attorneys' fees be extended by forty-five (45) days to April 9, 2010. The parties are attempting to either negotiate this issue or agree on certain issues to simplify the elements of any fee motion which will be presented to the Court by plaintiff.

Therefore IT IS HEREBY STIPULATED BETWEEN the parties that the deadline for Plaintiff to make his fees motion to the Court be extended to April 9, 2010 .

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING
DATE FOR FILING ATTORNEY'S FEES MOTION
CASE NO. 09-00443 PVT

−1−

S:\CASES\S\SAV-ON GAS\PLEADINGS\STIP RE ATTY FEES MOTION.PL.wpd

Dated: February 23, 2010     LAW OFFICES OF PAUL L. REIN

                                              /s/ Paul L. Rein
                                        By PAUL L. REIN
                                        Attorneys for Plaintiff
                                        ZACHARY T. WOODFORD

Dated: February 23, 2010     BASKIN & GRANT, LLP

                                            /s/ Caleb Baskin
                                        By Caleb Baskin, Esq.
                                        Attorneys for Defendant
                                        SAV-ON GASOLINE and ABBAS ALI
                                        NAZEMI dba SAV-ON GASOLINE

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The deadline for Plaintiff to make his fees motion to the Court shall be extended to April 9, 2010 .

Dated: ___February 24___, 2010

*Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE