PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
ZACHARY T. WOODFORD

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY T. WOODFORD, <br><br> Plaintiff, <br><br> v. <br><br> SAV-ON GASOLINE; ABBAS ALI NAZEMI dba SAV-ON GASOLINE; AND DOES 1-10, INCLUSIVE, <br><br> Defendants. _____/ | CASE NO. 09-00443 PVT <br> Civil Rights <br><br> **STIPULATION AND [~~XXXXXXXXXXXXXXXXX~~] ORDER CONTINUING DATE FOR FILING OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES, LITIGATION EXPENSES AND COSTS** |

## STIPULATION

The Consent Decree specifying injunctive relief and payment of damages was previously entered by the Court, and a date was set for plaintiff to file a motion for attorney fees. Pursuant to an earlier stipulation by the parties, the Court previously granted an Order for an extension of time to April 9, 2010, for plaintiff to file an attorney fees motion. The parties now respectfully request that the Court grant an additional extension of time for such motion.

Defense counsel has represented that defendants do not have any insurance coverage, and the parties are continuing to attempt to work out an agreement that will allow them to stipulate to certain issues, and thus relieve the Court from the necessity of adjudicating a fully contested fee motion.

Accordingly, plaintiff Zachary Woodford and all defendants in the

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING
DATE FOR FILING ATTORNEY'S FEES MOTION
CASE NO. 09-00443 PVT  –1–   S:\CASES\S\SAV-ON GAS\PLEADINGS\STIP RE ATTY FEES MOTION.PL2.wpd

above-captioned action stipulate that the April 9, 2010 deadline previously specified for plaintiff's motion for attorney fees be extended by forty-nine (49) days to May 28, 2010, so that the parties my settle this issue by negotiation, or agree on certain issues to simplify the elements of any fee motion which will be presented to the Court by plaintiff.

Therefore IT IS HEREBY STIPULATED BETWEEN the parties that the deadline for plaintiff to make his fees motion to the Court be extended to May 28, 2010 .

Dated: April 6, 2010         LAW OFFICES OF PAUL L. REIN

/s/   Paul L. Rein
By PAUL L. REIN
Attorneys for Plaintiff
ZACHARY T. WOODFORD

Dated: April 6, 2010         BASKIN & GRANT, LLP

/s/ Caleb Baskin
By Caleb Baskin, Esq.
Attorneys for Defendants
SAV-ON GASOLINE and ABBAS ALI NAZEMI dba SAV-ON GASOLINE

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  The deadline for plaintiff to make his fees motion to the Court shall be extended to May 28, 2010 .

Dated: April  8 , 2010

HON. PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING
DATE FOR FILING ATTORNEY'S FEES MOTION
CASE NO. 09-00443 PVT      -2-      S:\CASES\S\SAV-ON GAS\PLEADINGS\STIP RE ATTY FEES MOTION.PL2.wpd