PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile:  510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ZACHARY T. WOODFORD

FILED

JAN 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARY T. WOODFORD,

  Plaintiff,

v.

SAV-ON GASOLINE; ABBAS ALI NAZEMI dba SAV-ON GASOLINE; and DOES 1-10, inclusive,

  Defendants.

CASE NO. 09-00443 PSG
Civil Rights

STIPULATION AND [PROPOSED] ORDER TO DISMISS

Pursuant to FRCP Rule 41(A)(1)(A)(ii)

Judge:   Hon. Paul S. Grewal

IT IS HEREBY STIPULATED by and between Plaintiff ZACHARY T. WOODFORD and Defendants SAV-ON GASOLINE; ABBAS ALI NAZEMI dba SAV-ON GASOLINE, through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with the Court to retain jurisdiction to enforce the Consent Decree and Order and Settlement Agreement entered into by the parties.

Dated: January 7, 2010

Respectfully submitted,

LAW OFFICES OF PAUL L. REIN

/s/ Paul L. Rein
By PAUL L. REIN
Attorneys for Plaintiff
ZACHARY T. WOODFORD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 09-00443 PSG
-1-
S:\CASES\S\SAV-ON GAS\PLEADINGS\Stipulation and [Proposed] Order to Dismiss.PL.wpd

Dated: January 7, 2010

BASKIN & GRANT, LLP

By CALEB GREEN BASKIN, Esq.
Attorneys for Defendants
SAV-ON GASOLINE; ABBAS ALI NAZEMI
dba SAV-ON GASOLINE

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, this matter is hereby dismissed WITH prejudice.

IT IS SO ORDERED.

Dated: January ___, 2011

_____
Honorable PAUL S. GREWAL
United States Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 09-00443 PSG

-2-

S:\CASES\S\SAV-ON GAS\PLEADINGS\Stipulation and [Proposed] Order to Dismiss.PL.wpd

1  Dated: January 7, 2010         BASKIN & GRANT, LLP
2
3
4                                  By CALEB GREEN BASKIN, Esq.
                                   Attorneys for Defendants
5                                  SAV-ON GASOLINE; ABBAS ALI NAZEMI
                                   dba SAV-ON GASOLINE
6
7
8                       [PROPOSED] ORDER
9        Pursuant to the parties' stipulation, and for good cause shown, this
10  matter is hereby dismissed WITH prejudice.
11
12  IT IS SO ORDERED.
13
14  Dated: January 11, 2011         _____
                                   Honorable PAUL S. GREWAL
15                                 United States Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 09-00443 PSG

−2−

S:\CASES\S\SAV-ON GAS\PLEADINGS\Stipulation and [Proposed] Order to Dismiss.PL.wpd